## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>WESTERN DIVISION</u>

| | |
|---|---|
| **TERRY RAY SNOW,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL NO. 7:08-CV-76-VEH-PWG |
| | ) |
| **BILLY MITCHEM, Warden;** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on December 2, 2008, recommending that the petition for writ of habeas corpus be dismissed as untimely. The parties were allowed an opportunity to file objects. No objections have been filed to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** as untimely. A Final Judgment will be entered.

**DONE** this the 8th day of January, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge